## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | DELROY WAYNE HENRY (J) | CASE NO: | 00-4283-SNOW |
| AUSA: | TERRY THOMPSON | ATTY: | SAM Smargon |
| AGENT: | CUSTOMS | VIOL: | CONSP. PWID COCAINE |
| PROCEEDING: | I/A ON COMPLAINT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | FPD |
| BOND SET @: | 100,000 CSB w/Nebber | To be cosigned by: | |

FILED by DEC - 4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of charges
sworn for apptmt of counsel
bond set - gov't reserves right to request PTD should deft seek to post or reduce the bond.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-18 | 11 | Seltzer | |
| STATUS CONFERENCE: | | | | |

DATE: 12/4/00  TIME: 11:00  FTL/LSS TAPE # 00 - 00-060  Begin: 56  End: 609

recall 553