# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR  OO-[illegible]83-Snow
             Plaintiff )
)
-vs- ) REPORT COMMENCING CRIMINAL
) ACTION
Delroy Wayne HENRY )
         Defendant

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
     U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12022000 / 1255   a.m.(p.m.)

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: Drug Trafficking (Cocaine

(4) UNITED STATES CITIZEN: ( )YES (X)NO ( )UNKNOWN

(5) DATE OF BIRTH: October 6, 1975

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[ ] INDICTMENT [ ] COMPLAINT CASE #_____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND:$ PTD    WHO SET BOND? AUSA

(7) REMARKS: _____

(8) DATE: 12022000    (9) ARRESTING OFFICER S/A Wendy Bowers

(10) AGENCY US Customs    (11) PHONE # 954 356-7383

(12) COMMENTS _____