DFT: Delroy Wayne Henry (J)#     CASE NO: 00-6342-CR Zloch
~~00-4283-LSS~~

AUSA: Terry Thompson /s/ Slager     ATTNY: FPD

AGENT: ___     VIOL: ___

PROCEEDING: ~~Prelim~~/Arraignment     BOND REC: ___

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
___ Electronic Monitoring

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:

INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 1-8-01   11:00am   Snow

DATE: 12-18-00   TIME: 11:00am   TAPE # 00-97   PG # 3
557-578