-cr-06342-WJZ    Document 24    Entered on FLSD Docket 04/09/2001    P

FILED by
JAN -8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __DELROY WAYNE HENRY_____  CASE NO: __00-6342-CR-ZLOCH__
AUSA __TERRY THOMPSON__ pres         ATTY __FPD Farnsworth for Snangor__
Martin Roth, Esq. for ANDREW WARBURTON
Disc rec'd today - m/due 1/22        01-002
                                          e 894

DEFT ___TARYN WILLIAMS_____   CASE NO: __00-6359-CR-ZLOCH__
AUSA __TERRY THOMPSON__ pres         ATTY __KENNETH WEISMAN__ pres
FPD for ELLEANA AUSTIN
Farnsworth for Wilcox                       e 931
Disc out - m/due 1/22
DEFT_____   CASE NO:_____
AUSA_____   ATTY_____


DEFT_____   CASE NO:_____
AUSA_____   ATTY_____


DEFT_____   CASE NO:_____
AUSA_____   ATTY_____


DEFT_____   CASE NO:_____
AUSA_____   ATTY_____


DATE __1/8/01_____      TIME __11:00_____

24