UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6342-CR-ZLOCH

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

ANDREW WARBURTON, et al.,  :

    Defendants.  :



**STATUS REPORT**

A status conference was held in this cause on January 8, 2001. At that conference, the parties informed the Court as follows:

1. Discovery was provided on the date of the status conference.

2. Counsel for the defendants shall have until January 22, 2001, within which to file pretrial motions.

3. Defendant Henry will be pleading guilty; there is a possibility that defendant Warburton will enter a plea as well.

DATED at Fort Lauderdale, Florida, this 10th day of January, 2001.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Terry Thompson (FTL)
AFPD Sam Smargon (FTL)
Martin Roth, Esq.