TJT:hkp

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6342-CR-ZLOCH**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) |
| | ) |
| ANDREW WARBURTON, and | ) |
| DELROY HENRY, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**NIGHT BOX
FILED**

JAN 1 7 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney LAURENCE BARDFELD.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number: A5500062
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3516
Facsimile: (954) 356-7336
E-Mail: TERRENCE.THOMPSON@justice.usdoj.gov

cc: USCS S/A Wendy Bowers



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 17th day of January, 2001,

to:

Samuel Smargon, AFPD.
101 NE 3rd Avenue, #202
Fort Lauderdale, FL 33301-1100

Martin Roth, Esq.
1001 Brickell Bay Drive, #1704
Miami, FL 33131-4939

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY