-cr-06342-WJZ    Document 34    Entered on FLSD Docket 02/06/2001    P

FILED by
FEB 5 2001
CLARENCE MA
CLERK U.S. DIST CT
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6342-02-Zloch  DATE 2-5-01
CLERK Carline Newsky  REPORTER Carl Schenzlel
PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. DelRay Wayne Henry

U. S. ATTORNEY Larry Bardfeld  DEFT COUNSEL Samuel Smargon

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 4-23-01  TIME 1:30  FOR Sentencing

MISC Written Plea Agreement -

34