UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6342-CR-Zloch    DATE 4-23-01
CLERK Kathleen Neesby    REPORTER Carl Schanzleh
PROBATION Kathryn Gomez    INTERPRETER

UNITED STATES OF AMERICA v. Delroy Wayne Henry

U. S. ATTORNEY Larry Bardfeld    DEFT COUNSEL Samuel Smargon

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Gov't's ore tenus M/n for downward departure (5K.1) granted. Deft's objection to Role granted - Minor participant granted - Ct 1 - 24 months

JUDGMENT Custody of BOP - 3 yrs supervised release - $100 assessment - Upon completion of incarceration deft to be surrendered for deportation

CASE CONTINUED TO        TIME        FOR

MISC proceedings - D departed Not Reenter the U.S. w/o prior express permission of AG - Non-Reporting if departed. FPD appointed for appeal - Ct Recommends facility in Florida

41