DEFENDANT: **HENRY, DELROY WAYNE**
CASE NUMBER: **00-6342-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months.

[X] The Court makes the following recommendations to the Bureau of Prisons: a facility in Florida.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

  [ ] at _____ a.m. / p.m. on _____

  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2:00 p.m. on _____

  [ ] as notified by the United States Marshal.

  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __5-16-01__ to __L VANO W__
at __ALF__, with a certified copy of this judgment.

**SUSAN GERLINSKI**
**WARDEN**
~~UNITED STATES MARSHAL~~

By _____
~~Deputy U.S. Marshal~~

5-15-01
Delivered
W/Hant

43